U.S. DISTRICT COURT
DISTRICT OF N.H.

2007 OCT 17 P 4:41

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


segTel, Inc.

    v.                        Case No. 07-cv-340-PB

Town of Hanover, et. al.


**O R D E R**

    I deny plaintiff's request for a Temporary Restraining Order without prejudice for the following reasons:

    1.  Plaintiffs have failed to submit their request for a Temporary Restraining Order as a separate motion as is required by LR 7.1(a)(1).

    2.  Plaintiffs have failed to submit a draft Temporary Restraining Order as is required by LR 65.1.

    3.  Plaintiffs have failed to certify to the court "the efforts that counsel have made to give notice and the reasons supporting the claim that notice should not be required" as is required by Fed. R. Civ. P. 65(b).

4. If a request for temporary relief is submitted that addresses these deficiencies, it shall be referred to the Magistrate Judge for a Report and Recommendation.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

October 17, 2007

cc: Counsel of Record