**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>segTel, Inc.</u>

    v.                                                                    Civil No. 07-cv-340-PB

<u>Town of Hanover,
E. Douglas Hackett,
and Julia N. Griffin</u>

**<u>O R D E R</u>**

The parties, having authorized their counsel to do so, have entered into the following stipulation:

Defendants Town of Hanover, E. Douglas Hackett, in his official capacity as Communications Coordinator for the Town of Hanover Public Safety Building, and Julia N. Griffin, in her official capacity as Hanover Town Manager, together with their agents, assigns, contractors, employees or affiliates, stipulate that they will not interfere with, remove, alter, destroy or dispose of any equipment owned by plaintiff segTel, Inc., attached to the Hanover Public Safety Building or wherever else located in the Town of Hanover, New Hampshire.

This stipulation is approved and, effective immediately, is entered as an order which shall continue until final disposition

of this action is reached, or until further order of this court or agreement of the parties.

    **SO ORDERED.**

```
                      _____
                      James R. Muirhead
                      United States Magistrate Judge
```

Date:   October 19, 2007

cc:   Carolyn Cole, Esq.
      Robert Ciandella, Esq.
      Walter Mitchell, Esq.