UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

seqTEL, Inc.,

    v.                                                 Civil No. 07-340-JL

Town of Hanover, et al.

**O R D E R**

On February 18, 2008, the Preliminary Pretrial Conference was held in chambers.

The parties' Discovery Plan is **approved**, with one qualification: all deadlines are postponed thirty (30) days. The Clerk shall reschedule the trial date and related hearings in accordance with this 30-day extension.

After conferring with counsel, the defenses asserted in the following paragraphs of the defendant's answer are stricken:

¶¶ 77 ("personal jurisdiction" is stricken; the remainder of the jurisdictional defense is not), 78 (lack of standing), 84 (qualified and absolute immunity), 85 (statutory and common law immunity) and 86 (discretionary function immunity).

The defendants' counsel will amend the answer with respect to ¶¶ 19, 23, and 24.

If the defendants' counsel wishes to modify the terms of the court's October 19, 2007 order mooting the motion for a Temporary

Restraining Order, counsel should file a motion seeking such relief.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

February 22, 2008

cc:   Carolyn K. Cole, Esq.
      Robert D. Ciandella, Esq.
      Robert M. Derosier, Esq.