UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>seqTEL, Inc.</u>,

    v.                                                            Civil No. 07-340-JL

<u>Town of Hanover, et al</u>,

**O R D E R**

On June 27, 2008, the parties filed a Motion to Stay Proceeding. The court granted the motion on June 30, 2008, and ordered that a status conference be scheduled on or about 90 days from the date of the order. The status conference is currently scheduled for **Tuesday, September 30, 2008** at **10:00 a.m.** In the interests of conserving resources, the parties are directed to confer with one another and notify the deputy clerk if they would prefer a telephone conference in lieu of personally appearing at U.S. District Court in Concord for the status conference.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  September 29, 2008

cc:  Robert D. Ciandella, Esq.
     Robert M. Derosier, Esq.
     Carolyn K. Cole, Esq.